UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TERENCE JOHNSON,

        Plaintiff,                    Case No. 1:14-cv-1048

v.                                        Honorable Robert J. Jonker

UNKNOWN PART(Y)(IES),

        Defendant.

_____/

## **ORDER**

        This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. On April 9, 2015, this Court issued an order (docket #23) providing Plaintiff with additional time to file his amended complaint on the form complaint provided by the Court. Plaintiff was ordered to file his amended complaint by May 7, 2015. The matter presently is before the Court on Plaintiff's motion to hold section 1983 proceedings in abeyance and hold Plaintiff's legal property at the Court (docket #24). Like many of Plaintiff's prior submissions to the Court, this motion is almost entirely incomprehensible. There is no legal authority that would allow this Court to hold Plaintiff's civil rights complaint in abeyance, nor is the Court authorized to hold Plaintiff's legal property. Consequently, Plaintiff's motion (docket #24) will be denied.

        Plaintiff has repeatedly been directed by this Court to file an amended complaint on the form complaint which the Court has provided to him. (*See* Docket ##15, 23.) Plaintiff is warned that his failure to file an amended complaint on the form by May 7, 2015 will result in the dismissal of this action without prejudice for want of prosecution. Accordingly,

**IT IS ORDERED** that Plaintiff's motion to hold section 1983 proceedings in abeyance and hold Plaintiff's legal property (docket #24) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file an amended complaint on the form on or before May 7, 2015.

Dated:  April 30, 2015                                     /s/ Hugh W. Brenneman, Jr.
                                                                           HUGH W. BRENNEMAN, JR.
                                                                           United States Magistrate Judge